FILED
CLERK, U.S. DISTRICT COURT

MAY 13 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 8-13-CR-204-JVS |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. Rafael Amador Renteria | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Maldonado | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___CA___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(✓) information in the Pretrial Services Report and Recommendation

(✓) information in the violation petition and report(s)

(✓) the defendant's nonobjection to detention at this time

( ) other: _____

| | | |
|---|---|---|
| 1 | | and/ or |
| 2 | B. ( ) | The defendant has not met his/her burden of establishing by clear and |
| 3 | | convincing evidence that he/she is not likely to pose a danger to the |
| 4 | | safety of any other person or the community if released under 18 U.S.C. |
| 5 | | § 3142(b) or (c).  This finding is based on the following: |
| 6 | | ( )    information in the Pretrial Services Report and Recommendation |
| 7 | | ( )    information in the violation petition and report(s) |
| 8 | | ( )    the defendant's nonobjection to detention at this time |
| 9 | | ( )    other: _____ |

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further
12  revocation proceedings.

14  Dated:  MAY 1 3 2015

*/s/ Kenly Kato*
KENLY KIYA KATO
United States Magistrate Judge